UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


STEPHEN D. THIBEAU,                )
          Plaintiff                )
                                   )
               v.                  )  C.A. NO. 10-cv-30022-MAP
                                   )
COMMONWEALTH OF MASSACHUSETTS,     )
          Defendant                )


MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION
PURSUANT TO 28 U.S.C. § 1915(a)(3)
(Dkt. No. 8)

April 7, 2010

PONSOR, D.J.

     Plaintiff, proceeding pro se, submitted a document

which the clerk's office construed as a Motion for Leave to

Appeal in forma pauperis.  The motion was referred to

Magistrate Judge Kenneth P. Neiman, who recommended that,

pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff's appeal be

certified in writing to the Court of Appeals as not having

been taken in good faith.  The reason for this certification

is the court's previous finding that the underlying

litigation is frivolous.

     Judge Neiman's Report and Recommendation (Dkt. No. 8)

contained at 3 n.1 the admonition that Plaintiff was

required, if he objected to the Recommendation, to file a

written objection within fourteen days.  No such objection

has been filed.

Based on the merits of the Report and Recommendation, and upon Plaintiff's failure to object, the court hereby ADOPTS Judge Neiman's Report and Recommendation (Dkt. No. 8).  The court hereby certifies to the Court of Appeals that Plaintiff's appeal was not taken in good faith.  This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge